(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __MARVIN Johnson    242-467__
(Name of Plaintiff)         (Inmate Number)

__1301 E. 12th Street Wilmington DE 17809__
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)         (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Warden Phil Morgan__
(2) __Sgt. Moody__
(3) __M.S. Payne__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

__08 - 419__
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
       including year, as well as the name of the judicial officer to whom it was assigned:

       _____
       _____
       _____
       _____
       _____
       _____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • •(Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •(Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I contacted the grievance board also records and the warden

2. What was the result? It took seven days the court had to resubmit court papers for release they said I should be released

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Warden Phil Morgan
Employed as Warden at H.R.Y.C.I.
Mailing address with zip code: 1301 E. 12th Street Wilmington DE 19809

(2) Name of second defendant: Sgt Moody
Employed as Grievance Chair person at H R Y C I
Mailing address with zip code: 1301 E 12th Street Wilmington DE 19809

(3) Name of third defendant: Ms Payne
Employed as Records Supervisor at H.R.Y.C.I.
Mailing address with zip code: 1301 E. 12th Street Wilmington DE 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Warden Morgan. has been aware of the situation with delay in inmates Release and has made no steps to improve this he told me he contacted the records dept. and they would handle the problem.

2. Sgt. moody. Doesn't take any complaint by the inmates Serias she goes by the computer and it has been wrong she told me to sign off on the grievance when

3. the problem hasn't been resolve and also goes by what records has. she told me I shouldn't have gotten locked up. and I wouldn't have this problem. (Record Supervisor) (See Attached page.)

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to be paid for every extra day I had to sit in H.R.Y.C.I. after my release time. ($5000 a day)

3

2. H.R.Y.C.I. needs to look into their Release system and make adjustments so inmates can be released on time and if necessary go back to the court to find problems if their is a complaint.

3. I would like a written apology from Each Staff person involved and the warden. also that they hire a Staff person for matters just like this. and this should not happen.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7-5-08__ day of _____July_____, 20_08_.

_____Marvin Johnson_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

(Continue from 1983:

Records: Supervisor: Mrs payne:

Mrs payne and her department has a Reputation for **not** reading release papers sentence orders and other documents correctly.

This office has a none caring attitude for handling inmates paper work. and wont go the extra step to make sure that its correct and offical.

On more than one ocassion I have contacted this office, and has never gotten a responce.

When I do here from this office or miss payne they say they are working on it. (I never here from them again).

Marvin Johnson - 242467
1301 E. 12th Street
Wilmington DE 19809

CLERK
U.S. District Court
Lockbox 18
844 N. King St.
Wilm, De. 19801

LEGAL MAIL