FILED
JUL 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

7-14-08

To whom it may concern,

I am Marvin Johnson 242-467, I sent a 1983. To your court I need to know if you received my document. Could you let me know if its been sent and the court has it. And if any more information is needed. (I dont know if HRYCF is holding my mail!)

Thank you,

Marvin Johnson

Marvin Johnson 242467

