**RESIDENT HISTORY REPORT**

HRYCI
07/31/08 10:45
ST 006 / OPR JNM

08-419



| SBI | : 242467 |
|---|---|
| Resident Name | : JOHNSON, MARVIN |
| Time Frame | : 01/01/2008 01:22 - 07/31/2008 10:45 |

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/23/2008 | 19:53 | Add | 5 | jm | E27303 | 1.78 | 1.79 |
| 03/03/2008 | 05:44 | Order | 2 | AFC | B207115 | 1.78 | 0.01 |
| 05/11/2008 | 01:23 | Add | 5 | MS | E28909 | 75.50 | 75.51 |
| 05/12/2008 | 10:38 | Order | 2 | AFC | B216900 | 58.88 | 16.63 |
| 05/14/2008 | 10:42 | Credit | 3 | WLH | C27938 | 4.72 | 21.35 |
| 05/14/2008 | 10:43 | Order | 3 | WLH | C27940 | 4.72 | 16.63 |
| 05/14/2008 | 10:43 | Credit | 3 | WLH | C27941 | 34.24 | 50.87 |
| 05/19/2008 | 09:50 | Order | 2 | DDT | B217753 | 32.74 | 18.13 |
| 05/21/2008 | 13:38 | Rec Payment | 10 | bsp | J13941 | 0.50 | 17.63 |
| 05/26/2008 | 11:25 | Order | 2 | DDT | B218765 | 14.87 | 2.76 |
| 05/28/2008 | 15:47 | Rec Payment | 10 | bsp | J14002 | 0.75 | 2.01 |
| 05/30/2008 | 11:30 | Credit | 3 | WLH | C28392 | 14.87 | 16.88 |
| 06/02/2008 | 08:22 | Order | 2 | DDT | B219576 | 16.45 | 0.43 |
| 06/04/2008 | 09:01 | Rec Payment | 10 | bsp | J14049 | 0.43 | 0.00 |

Johnson v Morgan et al

1:08-CV-419 (SLR)

Suc 2 Robinson



RD scanned

Marvin Johnson 242-467
HR Y C I
1301. E. 12th St.
Wilmington DE 19809

Office of the Clark
United States District Court
844 N King street, lockBox 18
Wilmington, Delaware 19801-3570

LEGAL MAIL ONLY